FILED: May 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1571
(4:25-cv-00004-JAG)

_____

BRIAN DAVID HILL

      Plaintiff - Appellant

v.

HAYLEA WORKMAN; DREW INMAN

      Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Danville |
|---|---|
| Originating Case Number | 4:25-cv-00004-JAG |
| Date notice of appeal filed in originating court: | 05/19/2025 |
| Appellant | Brian Hill |
| Appellate Case Number | 25-1571 |
| Case Manager | Anisha Walker<br>804-916-2704 |