RECORD NO. 25-1571

AW/JC

𝔍𝔫 𝔗𝔥𝔢

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## 𝔉𝔬𝔯 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔥 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

RECEIVED
2025 JUN 18 P 2:19
U.S. COURT OF APPEALS
FOURTH CIRCUIT

RECEIVED
2025 JUN 18 P 2:19
U.S. COURT OF APPEALS
FOURTH CIRCUIT

## BRIAN DAVID HILL,

*Plaintiff – Appellant*, v.

## HAYLEA WORKMAN, DREW INMAN,

*Defendants(s) – Appellee(s).*

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA AT ROANOKE/DANVILLE

————

### INFORMAL OPENING BRIEF OF APPELLANT

————

 

Brian David Hill – Ally of Qanon
Founder of USWGO Alternative News
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505



*Pro Se Appellant*    *JusticeForUSWGO.wordpress.com/JusticeForUSWGO.NL*

i

## **TABLE OF CONTENTS**

**Page**

## Contents

Brian David Hill – Ally of Qanon ................................................................................. i

310 Forest Street, Apt. 2 Martinsville, Virginia 24112 .............................................. i

TABLE OF CONTENTS................................................................................................ ii

I.     STATEMENT OF SUBJECT MATTER AND APPELLATE
      JURISDICTION ................................................................................................ 1

II.    STATEMENT OF THE ISSUES .................................................................... 1

III.   STATEMENT OF THE CASE ........................................................................ 3

IV.   SUMMARY OF THE ARGUMENT ............................................................... 7

V.    ARGUMENT.................................................................................................... 7

A.    Standard of Review........................................................................................ 7

B.    Argument ......................................................................................................... 8

GROUND ii.     The district court erred as a matter of law and as a matter of fact
or abused discretion in dismissing (Document #6) the Appellant's
lawsuit/civil-case (Document #2), by not considering that the
Appellant/Plaintiff had proven that the United States Probation Officer Haylea
Workman and Assistant U.S. Attorney Drew Inman defrauded the Court in
their attempt to achieve a favorable decision against the Appellant/Plaintiff.
That violated the Fifth Amendment of the United States Constitution and
deprived the Appellant/Plaintiff of due process of law.................................... 14

GROUND iii.     The district court erred as a matter of law and as a matter of fact
or abused discretion in dismissing (Document #6) the Appellant's
lawsuit/civil-case (Document #2), by not giving the Appellees/Defendants an
opportunity to respond to explain why they made false statements/lies to the
U.S. District Court. ......................................................................................... 19

ii

VI.   CONCLUSION..................................................................................... 20

BRIAN DAVID HILL ................................................................................ 21

**PRIOR APPEALS**.................................................................................... 22

VII.  REQUEST FOR ORAL ARGUMENT ............................................. 23

BRIAN DAVID HILL ................................................................................ 23

CERTIFICATE OF COMPLIANCE ......................................................... 24

CERTIFICATE OF FILING AND SERVICE............................................ 25

BRIAN DAVID HILL ................................................................................ 25

## I. STATEMENT OF SUBJECT MATTER AND APPELLATE JURISDICTION

1. Brian David Hill, (the "Appellant") appeals the final judgment/Order in a civil case (Hill v. Workman, 4:25-cv-00004, (W.D. Va.)), Document #6 which such judgment/Order was filed on March 19, 2025, in the United States District Court for the Western District of Virginia. The judgment/Order dismissing Appellant's civil case/lawsuit.

2. The notice of appeal (Document #7) was filed on May 16, 2025, by mailing on a pro se basis, and was docketed on May 19, 2025. Entered on May 21, 2025. Notice of Appeal was timely filed since the deadline for appealing in a civil case is 60 days as the judge of the district court gave 60 days to appeal as a matter of law (Federal Rules of Appellate Procedure). Appeal is authorized pursuant to 28 U.S.C. § 1291, and Federal Rules of Appellate Procedure 4.

3. The appeal is of right and it concerns that the U.S. District Court had erred and/or abused discretion in dismissing Appellant's civil lawsuit/suit for the issues which Appellant will assert and argue as to why the civil case should not have been dismissed. This is an informal opening brief.

## II. STATEMENT OF THE ISSUES

4. Whether the district court erred or abused discretion by dismissing Appellant's civil lawsuit (Document #2, attachments 1-8) without serving the Appellees/Defendants by not considering the lawsuit as a Bivens claim. See Bivens

1

v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619, 1971)

5. Whether the district court erred or abused discretion by dismissing Appellant's civil lawsuit (Document #2, attachments 1-8) without serving the Appellees/Defendants by not considering that the lawsuit had proven that Defendants/Appellees Haylea Workman of the United States Probation Office for the Western District of Virginia, and Drew Inman of the United States Attorney Office for the Western District of Virginia had both engaged in a fraud upon the court in the criminal case of the Appellant/Plaintiff Brian David Hill. The fraud was so bad, so egregious that it prejudiced the judge of the district court in the criminal case and caused the worst case situation of a kangaroo court where evidence is ignored, witnesses are ignored, and only the ones who defrauded the court are believed in the court, any evidence which disproves the ones who defrauded the court are ignored or disregarded. Making the entire criminal case a one-sided injustice nightmare. Anything bad can happen to the Appellant because the government can just tell false statements to get their way.

6. Whether the district court erred or abused discretion by dismissing Appellant's civil lawsuit (Document #2, attachments 1-8) without serving the Appellees/Defendants by not giving the Appellees/Defendants an opportunity to respond to explain why they made false statements/lies to the U.S. District Court.

7. Whether the district court erred or abused discretion by dismissing Appellant's civil lawsuit (Document #2, attachments 1-8) when Appellant/Plaintiff

had proven that the Appellees/Defendants had deprived the Appellant/Plaintiff of his constitutional right to due process of law under the Fifth Amendment of the United States Constitution by the Appellees/Defendants lying to the court and deceived the court.

## III. <u>STATEMENT OF THE CASE</u>

8. The lawsuit had evidence and valid citations to evidence including audio CD discs, court transcripts, and other prima facie evidence since the initial filing on February 6, 2025. The initial civil case/lawsuit filing which began the case had been filed in Document #2. The case ended on March 19, 2025, in Document #6. Valid evidence was filed, evidence which proved the Appellees/Defendants had lied to the court on one occasion or multiple occasions to misrepresent the criminal case facts of supervisee Brian David Hill, the Appellant.

9. Appellant filed evidence and cited evidence from court filings proving that the United States Probation Officer Haylea Workman and Assistant United States Attorney Drew Inman both made material false statements to the United States District Court in Roanoke, Virginia including false statements made under penalty of perjury in their bid to achieve a favorable ruling for the corrupt United States Government such as worsening the conditions of release for supervised releasee Brian David Hill, which is the Appellant/Plaintiff of the foregoing case under civil case no. 4:25-cv-00004, and criminal case no. 4:20-cr-00027, United States of America v. Brian David Hill.

3

10. The entire lawsuit/civil-case is supported by the evidence and proper citation of the record in Document #2 and all attachments to Document #2 which is in Documents #2-1 through #2-9. Again, the lawsuit was both under civil case no. 4:25-cv-00004 and referenced prima facie evidence from criminal case no. 4:20-cr-00027, United States of America v. Brian David Hill, as well as case no. 1:13-cr-435-1, and another criminal case number from the Western District of Virginia. The whole lawsuit was backed by evidence: (1) email records between Jason McMurray (former United States Probation Officer, Roanoke division) and the Appellant's mother Roberta Hill, (2) audio recordings including phone call recordings lawfully recorded under one party consent, (3) other tangible evidence, and (4) a letter from the Federal Public Defender acknowledging that the Appellant/Plaintiff did have permission from the prior United States probation officer Jason McMurray to use the internet-capable-devices since the federal probation officer is an officer of the court (referring to Jason McMurray of Roanoke). The U.S. Attorney Assistant Drew Inman and the U.S. Probation Officer Haylea Workman defamed the Appellant/Plaintiff and the purpose of the lawsuit was to stop the Defendants from further defamation/LYING aka making false statements against the Appellant/Plaintiff on the public court record for the general public to read these lies, then using these false statements to further criminally punish the Appellant/Plaintiff Brian David Hill by the Defendants further using the power of the biased/prejudiced federal judge against the Appellant/Plaintiff. Fraud and false representations can prejudice a federal judge, which is why fraud needs to be

4

stopped and sanctioned. Fraud does not need to be allowed at all in a court of law. These are all facts, the U.S. Attorney Assistant and past U.S. Attorney staff (Middle District of North Carolina) had lied openly and brazenly against Brian David Hill to make his supervised release worse and worse, trying to imprison Brian Hill repeatedly using lies and misrepresentation of the facts and evidence to bias the federal judges to work against Brian Hill every step of the way. This fraud upon the court is so egregious, a repeated pattern of fraud, that it deserves/warrants the scrutiny of the district court to reverse the unwarranted horrors which the United States has imposed upon the Appellant/Plaintiff. The horrors of punishing a criminal defendant based upon lies and perjury, misrepresentations of the facts and evidence, and based on a false character being made out of the Appellant/Plaintiff Brian David Hill, who was formerly the news reporter of USWGO Alternative News who was openly against the New World Order. He was previously alternative media at uswgo.com who worked with FederalJack.com, Against The Wall with JJink, Dr. Shirley Moore's JusticeForUs, and Infowars.com, being defamed and lied about so that they can keep imprisoning the Appellant/Plaintiff and use the lies to further extend his supervised release and keep punishing this man over and over again not even based on truth. If the truth was followed in the criminal case of Brian David Hill, he wouldn't even be serving supervised release by the United States Probation Office. The Appellant/Plaintiff is serving a criminal sentence based upon lies by the U.S. Government and lies keep piling up to make this fake character of the Appellant/Plaintiff. This needs to stop. The purpose of the lawsuit was the STOP

5

THE LIES which were perpetuated by the United States Probation Office and the United States Attorney Office. The entire federal prosecution can get away with lying, lying, and more lying which violates the ethical standards of legal practice. They get away with federal perjury so they will continue making false statements because nobody will hold them accountable, which is against the rule of law. What both Appellees/Defendants have done is against the law as it is perjury and subornation of perjury. It is fraud upon the court. The usual purpose of defrauding the court (deceiving the judge) is to prejudice the judge against the other party of a case or controversy to operate the equivalency of a kangaroo court (the judge only jumps to one conclusion and ignores everything else) and then the victim of the fraud never gets justice and has to beg political people like Roger Stone (See United States v. STONE, 1:19-cr-00018, (D.D.C. Nov 18, 2019) ECF No. 262) and United States President Donald John Trump for a full pardon to get any kind of justice when justice had been deprived and denied for all these years. Fraud upon the court causes injustice and agony, it discredits the criminal justice system as innocent people are either in prison or on federal probation.

# IV. SUMMARY OF THE ARGUMENT

# V. ARGUMENT

## A.    Standard of Review

11. A district court's final decision to dismiss Appellant's/Plaintiff's lawsuit (Document #2, all attachments) without asking the Defendants/Appellees for an answer is reviewed for abuse of discretion, errors of law, errors of constitutional law, and to determine if there are any errors in wrongfully dismissing the lawsuit without asking for an answer from both Defendants.

7

**B.    Argument**

> **GROUND i.    The district court erred as a matter of law and as a matter of fact or abused discretion in dismissing (Document #6) the Appellant's lawsuit/civil-case (Document #2), by not interpreting and not considering that the Appellant's/Plaintiff's lawsuit is a Biven's claim and thus entitles the Appellant/Plaintiff to the relief sought. The civil case is a Biven's claim and the district court should have treated the civil case as a Biven's claim entitling the Appellant to relief.**

12. The district court erred as a matter of law and as a matter of fact or abused discretion in dismissing (Document #6) the Appellant's lawsuit/civil-case (Document #2), by not interpreting and not considering that the Appellant's/Plaintiff's lawsuit is a Biven's claim and thus entitles the Appellant/Plaintiff to the relief sought. The civil case is a Biven's claim and the district court should have treated the civil case as a Biven's claim entitling the Appellant to relief. The Appellant's due process of law under the Amendment V of the Bill of Rights within the United States Constitution was deprived as stated on the record in the complaint and attached documentation including evidence.

**CASE LAW AND LEGAL ARGUMENTS AS TO WHY THE DISTRICT COURT ERRED AND/OR ABUSED DISCRETION IN DISMISSING THE LAWSUIT WHEN THE CIVIL CASE SHOULD HAVE BEEN TREATED AS A BIVENS CLAIM AND THE PLAINTIFF/APPELLANT HAD DEMONSTRATED THAT THE DEFENDANTS HAD VIOLATED THE UNITED STATED CONSTITUTION AND DEPRIVED THE PLAINTIFF'S CONSTITUTIONAL RIGHTS INCLUDING UNDER THE FIFTH**

## AMENDMENT

13. Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619, 1971 U.S. LEXIS 23 ("In Bell v. Hood, 327 U. S. 678 (1946), we reserved the question whether violation of that command by a federal agent acting under color of his authority gives rise to a cause of action for damages consequent upon his unconstitutional conduct. Today we hold that it does… **(Partial citation omitted)** Respondents seek to treat the relationship between a citizen and a federal agent unconstitutionally exercising his authority as no different from the relationship *392 between two private citizens. In so doing, they ignore the fact that power, once granted, does not disappear like a magic gift when it is wrongfully used. An agent acting—albeit unconstitutionally—in the name of the United States possesses a far greater capacity for harm than an individual trespasser exercising no authority other than his own. Cf. Amos v. United States, 255 U. S. 313, 317 (1921); United States v. Classic, 313 U. S. 299, 326 (1941). Accordingly, as our cases make clear, the Fourth Amendment operates as a limitation upon the exercise of federal power regardless of whether the State in whose jurisdiction that power is exercised would prohibit or penalize the identical act if engaged in by a private citizen.").

14. Question is whether the Appellant/Plaintiff Brian David Hill had demonstrated enough merit in the civil case to demonstrate that

Appellees/Defendants by and through the United States Probation Officer Haylea Workman and United States Attorney Assistant Drew Inman had engaged in unconstitutional conduct so egregious that the lawsuit should not be dismissed since both defendants had deprived the Appellant/Plaintiff of his due process of law under both procedural due process of law and substantive due process of law. Lying to the court should never be allowed, even if it is by the United States Government. If people can freely lie before a judge and get away with it, then nobody will believe what is said in court. The credibility goes to zero, and nobody will believe what anybody says in a court of law if they allow the government to make false statements without ever being held accountable at all. **A guilty plea agreement does not give the U.S. Attorney the absolute right to freely lie in court about anything and everything including supervised release violation charges and modification hearings. The government does not have the absolute right to freely produce false statements before a court of law even if they manage to get a guilty plea agreement. A plea agreement just covers one charge of a crime and doesn't mean that now the Government can make false statements on everything including probation accusations when the criminal defendant has evidence disproving the government's false statements. It makes no sense when the criminal defendant has proof, he didn't violate the conditions of his supervised release, but the government treats the evidence like it doesn't exist because it proves the government made false statements before a judge**

10

**to achieve a favorable outcome in a criminal case. This is wrong, this is immoral, this is unethical. This is fraud upon the court and becomes a more extreme form of fraud since this creates punishment after punishment for what the government can claim is criminal behavior that may not even exist. Fraud should be treated like you would treat a fairy tale versus facts. If the U.S. Government is caught lying before a federal judge, even a criminal case should go favorably to the criminal defendant. This should always be happening regardless of the nature of the accusations. Government should not become the perjurer and Government should not become the lawbreaker to win in a criminal case at all.**

15. See *Olmstead v. United States*, 277 U.S. 438, 485 (1928) ("Decency, security and liberty alike **demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen.** In a government of laws, existence of the government will be imperilled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, **it teaches the whole people by its example.** Crime is contagious. **If the Government becomes a lawbreaker, it breeds contempt for law;** it invites every man to become a law unto himself; **it invites anarchy. To declare that in the administration of the criminal law the end justifies the means — to declare that the Government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution.** Against that pernicious doctrine this Court should resolutely set its

11

face.")

16. Did the Appellant/Plaintiff prove enough in the foregoing civil case that Defendant Haylea Workman of the United States Probation Office for the Western District of Virginia had deprived the Appellant/Plaintiff of due process of law under the Fifth Amendment of the United States Constitution that the lawsuit is necessary for the ends of justice and should not have been dismissed as a matter of law?

17. Did the Appellant/Plaintiff prove enough in the foregoing civil case that Defendant Drew Inman of the United States Attorney Office for the Western District of Virginia had deprived the Appellant/Plaintiff of due process of law under the Fifth Amendment of the United States Constitution that the lawsuit is necessary for the ends of justice and should not have been dismissed as a matter of law?

18. It is clear as day that both Appellees/Defendants Drew Inman and Haylea Workman made false statements about the Appellant/Plaintiff Brian Hill including the fact that USPO Haylea Workman had made false statements under oath (See Document #2, and Document #2-1-#2-9). Document #2-2 is under penalty of perjury by Defendant Haylea Workman. The false statements made under penalty of perjury by Appellee/Defendant Haylea Workman before a court of law should have been prosecuted for perjury by the U.S. DOJ but Appellee/Defendant Drew Inman will not do so (conflict of interest) because this makes his prosecution/representation as a lawyer look bad since AUSA Inman

12

condoned this prosecution using a witness who made a false statement or had made multiple false statements under oath. This means the Appellee/Defendant Drew Inman violated Virginia Rules of Professional Conduct, Rule 3.3(a)(1) and Rule 3.8(a). Appellee/Defendant Drew Inman knowingly prosecuted this criminal case (at issue in the lawsuit) for the United States Probation Office by and through Appellee/Defendant Haylea Workman who made false statements under penalty of perjury which is perjury under 18 U.S. Code § 1621, and subornation of perjury under 18 U.S. Code § 1622. It is clear that laws have been violated by both Defendants/Appellees, and they will not voluntarily hold themselves accountable for violation of those laws. This lawsuit was to have the district court hold them accountable civilly under the Biven's claim which the Plaintiff/Appellant has a right to ask the Court to hold them accountable for depriving the Plaintiff/Appellant of due process of law under Amendment V, United States Constitution, Bill of Rights. Appellant never gets a fair trial under the fraud by the federal prosecution. It is clear as day that the purpose of the lawsuit in the record was to STOP THE LIES, STOP THE FALSE STATEMENTS, and asking that the Court hold that the Defendants/Appellees should not be making false statements to the judge which these false statements are being used to prejudice the judge to act as a kangaroo court and work against the Appellant/Plaintiff. That is why fraud upon the court is supposed to be illegal under the Rules of Professional Conduct, as the inherit powers of all Article III courts are supposed to sanction fraud. See Document #2 and Document #2-9.

13

See Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403

U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619, 1971 U.S. LEXIS 23.

> **GROUND ii.  The district court erred as a matter of law and as a matter of fact or abused discretion in dismissing (Document #6) the Appellant's lawsuit/civil-case (Document #2), by not considering that the Appellant/Plaintiff had proven that the United States Probation Officer Haylea Workman and Assistant U.S. Attorney Drew Inman defrauded the Court in their attempt to achieve a favorable decision against the Appellant/Plaintiff. That violated the Fifth Amendment of the United States Constitution and deprived the Appellant/Plaintiff of due process of law.**

19. The district court erred as a matter of law and as a matter of fact or abused discretion in dismissing (Document #6) the Appellant's lawsuit/civil-case (Document #2), by not considering that the Appellant/Plaintiff had proven that the United States Probation Officer Haylea Workman and Assistant U.S. Attorney Drew Inman defrauded the Court in their attempt to achieve a favorable decision against the Appellant/Plaintiff. That violated the Fifth Amendment of the United States Constitution and deprived the Appellant/Plaintiff of due process of law.

20. For the sake of brevity, Appellant hereby incorporates by reference, as if fully set forth herein, paragraphs 12-18 of this brief, pages 8 through 14.

21. See Irving v. Rodriquez, 169 N.E.2d 145, 27 Ill. App. 2d 75, 1960 Ill. App. LEXIS 467 ("**Void judgments generally fall into two classifications**, that is, judgments where there is want of jurisdiction of the person or subject matter and **judgments procured through fraud**. Ward v. Sampson, 395 Ill. 353, 70 N.E.2d

14

324; I. L. P. Judgments, Sections 174 and 175. They may be attacked directly or collaterally. Escue v. Nichols, 335 Ill. App. 244, 81 N.E.2d 652, Rompza v. Lucas, 337 Ill. App. 106, 85 N.E.2d 467.")

22. In *Stoesel v. American Home,* 362 Sel. 350, and 199 N.E. 798 (1935), the court ruled and determined that, "Under Illinois Law and Federal Law, when any officer of the Court has committed "fraud on the Court", the order and judgment of that court are void and of no legal force and effect." In *Sparks v. Duval County Ranch,* 604 F.2d 976 (1979), the court ruled and determined that, "No immunity exists for co-conspirators of judge. There is no derivative immunity for extra-judicial actions of fraud, deceit and collusion." In E*dwards v. Wiley,* 374 P.2d 284, the court ruled and determined that, "Judicial officers are not liable for erroneous exercise of judicial powers vested in them, but they are not immune from liability when they act wholly in excess of jurisdiction." See also, *Vickery v. Dunnivan,* 279 P.2d 853, (1955). In *Beall v. Reidy,* 457 P.2d 376, the court ruled and determined, "Except by consent of all parties a judge is disqualified to sit in trial of a case if he comes within any of the grounds of disqualification named in the Constitution. In *Taylor v. O'Grady,* 888 F.2d 1189, 7th Cir. (1989), the circuit ruled, "Further, the judge has a legal duty to disqualify, even if there is no motion asking for his disqualification." Also, when a lower court has no jurisdiction to enter judgment, the question of jurisdiction may be raised for the first time on appeal. See *DeBaca v. Wilcox,* 68 P. 922. The right to a tribunal free from bias and prejudice is based on the Due Process Clause. Should a judge issue any order after he has been

15

disqualified by law, and if the party has been denied of any of his/her property, then the judge has engaged in the crime of interference with interstate commerce; the judge has acted in his/her personal capacity and not in the judge's judicial capacity. See *U.S. v. Scinto,* 521 F.2d 842 at page 845, 7th circuit, 1996. Party can attack subject matter jurisdiction at anytime in the proceeding, even raising jurisdiction for the first time on appeal, *State v. Begay,* 734 P.2d 278.  "A prejudiced, biased judge who tries a case deprives a party adversely affected of due process." See *Nelson v. Cox,* 66 N.M. 397.

23. See *Chambers v. Nasco, Inc., 501 U.S. 32, 42 (1991)* ("The court therefore relied on its inherent power in imposing sanctions, stressing that "[t]he wielding of that inherent power is particularly appropriate when the offending parties have practiced a fraud upon the court." Ibid.")

24. **John H. Wigmore Evidence in Trials at Common Law § 278, at 133 (James H. Chadbourn ed., rev. ed. 1979)** ("It has always been understood - the inference, indeed, is one of the simplest in human experience - that a **party's falsehood or other fraud** in the preparation and presentation of his cause, his **fabrication or suppression of evidence** by bribery or **spoliation**, and all similar conduct is receivable against him as an indication of his consciousness that his case is a weak or unfounded one; and from that consciousness **may be inferred the fact itself** of the **cause's lack of truth and merit**. The inference thus does not necessarily apply to any specific fact in the cause, but operates, indefinitely though strongly, against the whole mass of alleged facts constituting his cause.")

25. If the Plaintiff/Appellant theoretically had done the same thing like for example: filed a false petition to a judge based on perjury like what the Defendant/Appellee Haylea Workman had done, then the Plaintiff could have faced a perjury charge and an obstruction of justice charge at bare minimum by the United States Department of Justice. Arguably, if Plaintiff had done the same thing as Haylea Workman, then the Plaintiff could have faced a long time in federal prison like with Roger Stone or worse if Plaintiff had done the very same thing as Haylea Workman as a private citizen. So why is Haylea Workman allowed to just commit perjury before a federal judge, then faces absolutely no consequences for her actions, and then the federal judge sides with her who lied before that very same federal judge? This is not a credible witness, that witness lacks credibility. The Plaintiff's lawsuit is appropriate to deal with those violating the U.S. Constitution by lying before a federal judge to push for more extreme supervised release conditions being pushed by both the United States Probation Office and the United States Department of Justice (Department of Injustice). To think that the U.S. Government will make false statements before a federal court to achieve favorable outcomes is sickening when it is a criminal defendant, they will make false statements about.

26. If nothing is done to hold Defendant Haylea Workman and Defendant Drew Inman accountable, then this means they can all freely make more false statements, they can produce false evidence, they can tell fairy tales as factual stories. They can say I am Santa Clause, they can say I am the Easter Bunny, they can say the grass color is blue, the sky is orange, they can say the natural water is

pink colored. They can tell any lie they want, and nobody will question them or ever hold them accountable. It makes me sick. That is why the American people elected Donald J. Trump as President, because he promised to end the deep state and he promised to drain the swamp. The corruption is so bad that the U.S. Government can make any false statement they want, and the federal judges stick by their false statements and get angry at me for telling the truth. That is wrong. Fraud upon the court is wrong, this needs to stop. This is not justice in a court of law when liars prevail in court. It discredits the entire criminal justice system. Nobody will believe what the judges will say in the future if they are siding with perjury. Perjury is supposed to be a criminal act. Perjury is not a thing a witness should get away with. An attorney should not be condoning perjury and subornating perjury. It is clear the lawsuit is filed out of desperation to a corrupt situation where the judge is already convinced that the Appellant/Plaintiff needs to suffer more punishment under supervised release and more restrictions on his conditional liberty and will not accept any evidence to the contrary. Fraud upon the court does prejudice a judge and creates a kangaroo court type scenario in the worst case. That is why usually a judge has to rule that the court acts in excess of jurisdiction for the worst cases of fraud on the court. Not merely over one false statement but out of a series of false statements by the government. The whole criminal case should be thrown out and the lawsuit proved that fraud had been perpetuated in such an egregious manner that it does cause issues with the district court and harms the credibility of a court. When a judge sides with the liars, then it violates multiple Constitutional rights for a criminal

18

defendant. It prevents a fair trial, prevents protections under the Fifth Amendment of the right to not be compelled to be a witness against himself. It prevents due process, and it prevents an Article III court from correctly holding somebody accountable for a crime they did in fact do when dealing with nobody lying before a judge. When an attorney makes false statements before a court, they are normally supposed to be sanctioned to prevent out of control unethical behaviors.

> **GROUND iii. The district court erred as a matter of law and as a matter of fact or abused discretion in dismissing (Document #6) the Appellant's lawsuit/civil-case (Document #2), by not giving the Appellees/Defendants an opportunity to respond to explain why they made false statements/lies to the U.S. District Court.**

27. It is clear that Appellees/Defendants had made false statements to try to get a favorable result and should be compelled to answer for their false statements and misrepresentation of the criminal prosecution. They need to answer for this in the lawsuit.

28. For the sake of brevity, Appellant hereby incorporates by reference, as if fully set forth herein, paragraphs 12-26 of this brief.

29. It is the right thing to do to continue the lawsuit and have the defendants give their answers to explain why they lied to a federal judge to get a favorable outcome in a supervised release condition modification hearing to change the conditions. They need to answer and then they can explain why they made the false statements. The rule of law requires this. The U.S. Constitution was created not to only put restrictions (laws) on the American people, but the Bill of Rights and the separation of powers was created to give limited power and authority to the three

19

branches of government. The U.S. Government and the states of the United States cannot exercise powers that go beyond it's jurisdictional authority. Yes, Congress can add restrictions to what people can and cannot do in a law-abiding society which the lawmaking authority is set to have rules created in society. However, the U.S. Government was never supposed to be allowed to break laws and make false statements in a court of law. The Article III courts which started with the United States Supreme Court were set to not just keep a check on the Government, but the statutory courts under Article III guidance were created to hold people accountable for their actions if they violated federal law, and these courts were supposed to be restrained by the Constitution. The U.S. Government were supposed to be restrained by the Constitution.

30. It is clear as day that the district court needs to get answers from the U.S. Probation Office and the U.S. Attorney Office for why they would tell false statements to the court in writing. It is clear as day that the district court needs to get answers from the Defendants/Appellees for why they would tell false statements to the court in writing.

## VI. <u>CONCLUSION</u>

31. For the reasons stated above, the Appellant urges this Court to vacate the

final order dismissing the civil case/lawsuit of Appellant, remand with instructions, and to instruct the court to continue with proceedings. The Appellant asks the U.S. Court of Appeals to grant any relief or for any other relief that this court deems just and proper.

20

Respectfully Submitted,
This the 16th day of June, 2025

**BRIAN DAVID HILL**
   **Pro Se**

Brian D. Hill
Signed
<u>**Brian D. Hill**</u>

Brian David Hill – Ally of Qanon
Founder of USWGO Alternative
News
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505
*Pro Se Appellant*





# PRIOR APPEALS

Appellant had filed prior appeals in the Fourth Circuit U.S. Court of

Appeals.

| | | | | |
|---|---|---|---|---|
| 15-4057<br>US v. Brian Hill | 01/30/2015 | Brian David Hill | 06/12/2015<br>14:43:07 | 0418-2 : 1:13-cr-00435-WO-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 17-1866<br>Brian Hill v. EOUSA | 07/25/2017 | Brian David Hill | 12/27/2017<br>11:00:14 | 0423-4 : 4:17-cv-00027-JLK-RSB<br>United States District Court for the Western District<br>of Virginia at Danville |
| 18-1160<br>Brian Hill v. EOUSA | 02/09/2018 | Brian David Hill | 10/09/2018<br>08:08:13 | 0423-4 : 4:17-cv-00027-JLK-RSB<br>United States District Court for the Western District<br>of Virginia at Danville |
| 19-2077<br>In re: Brian Hill | 10/03/2019 | Brian David Hill | 10/17/2019<br>10:41:39 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 19-4758<br>US v. Brian Hill | 10/15/2019 | Brian David Hill | 02/23/2021<br>15:03:01 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 19-7483<br>US v. Brian Hill | 10/15/2019 | Brian David Hill | 05/06/2020<br>08:45:33 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 19-2338<br>In re: Brian Hill | 11/25/2019 | Brian David Hill | 01/12/2021<br>14:57:45 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 19-7755<br>US v. Brian Hill | 11/27/2019 | Brian David Hill | 01/10/2022<br>16:16:36 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 19-7756<br>US v. Brian Hill | 11/27/2019 | Brian David Hill | 05/06/2020<br>08:47:08 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 20-6034<br>US v. Brian Hill | 01/06/2020 | Brian David Hill | 01/10/2022<br>16:16:36 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 20-1396<br>Brian Hill v. Glen Hall | 04/07/2020 | Brian David Hill | 07/15/2020<br>08:54:16 | 0423-4 : 4:20-cv-00017-JLK<br>United States District Court for the Western District<br>of Virginia at Danville |
| 20-7737<br>US v. Brian Hill | 11/24/2020 | Brian David Hill | 01/10/2022<br>16:36:20 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 22-6325<br>US v. Brian Hill | 03/22/2022 | Brian David Hill | 04/15/2022<br>11:34:18 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |
| 22-6501<br>US v. Brian Hill | 04/27/2022 | Brian David Hill | 04/27/2022<br>12:07:32 | 0418-2 : 1:13-cr-00435-TDS-1<br>United States District Court for the Middle District<br>of North Carolina at Greensboro |

## VII. <u>REQUEST FOR ORAL ARGUMENT</u>

As this appeal raises important constitutional and statutory interpretation
issues, the Appellant requests oral argument.

Respectfully Submitted,
This the 16th day of June, 2025.

**BRIAN DAVID HILL**
   **Pro Se**

*Brian D. Hill*
  Signed
       **Brian D. Hill**

Brian David Hill – Ally of Qanon
Founder of USWGO Alternative
News
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505
*Pro Se Appellant*



## CERTIFICATE OF COMPLIANCE

1. This brief complies with type-volume limits (contains no more than 13,000 words) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

   [ X ] this brief contains [*5,227*] words.

   [ X ]  this brief is less than 30 pages excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface and type style requirements because:

   [ X ] this brief has been prepared in a proportionally spaced typeface using [*Microsoft Word 2013*] in [*14pt Times New Roman*]; *or*

   [ ] this brief has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated:  June 16, 2025                     *Brian D. Hill*
Signed
                                                  **Brian D. Hill**



Brian David Hill – Ally of Qanon
Founder of USWGO Alternative News
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505
               *Pro Se Appellant*

24

## CERTIFICATE OF FILING AND SERVICE

The Plaintiff/Appellant cannot use the internet in filing this with the clerk of the court and is still on supervised release by the U.S. Probation Office, so Appellant Brian David Hill requests that the Clerk consider the filing as timely filed on the date of this being mailed out at the U.S. Post Office on June 16, 2025.

I hereby certify that on this 16th day of June, 2025, I caused this Informal Opening Brief of Appellant to be filed with the Clerk of the Court by mailing the foregoing in a Priority Mail envelope with the Clerk of the Court then request that pursuant to 28 U.S.C. §1915(d) that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users:

DREW O. INMAN
PA Bar No. 328494
Assistant United States Attorney
P.O. Box 1709
Roanoke, VA 24008-1709
540-857-2250 (Office)
540-857-2614 (Fax)
drew.inman@usdoj.gov

*Counsel for Appellee*

Any other party/attorney who is part of the foregoing case.
*Counsel for Appellee*

Respectfully Submitted,
This the 16th day of June, 2025

**BRIAN DAVID HILL**
**Pro Se**

Brian D. Hill

Brian David Hill – Ally of Qanon
Founder of USWGO Alternative
News
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505
*Pro Se Appellant*

*JusticeForUSWGO.wordpress.com*
*JusticeForUSWGO.NL*





The DEEP STATE can Frame You - the
Documentary
at JusticeForUSWGO.wordpress.com

https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html

26

**PRIORITY**®


**UNITED STATES POSTAL SERVICE.**

*Retail*

**P**

## US POSTAGE PAID
## $10.10

Origin: 24112
06/16/25
5156520362-19

### PRIORITY MAIL®

0 Lb 6.30 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 06/20/25

C003

SHIP
TO:



STE 501
1100 E MAIN ST
RICHMOND VA 23219-3538

**USPS TRACKING® #**



9505 5104 2592 5167 4782 69



FROM:

**U.S.W.G.O.**

Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
WWG1WGA - Q-Intel Drain the
Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

RECEIVED
U.S. MARSHALS

TO:

Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219